# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| In re: | Chapter 11 |
| Blackjewel L.L.C. *et al.*, | Case No. 19-30289 |
| Debtors,[1] | (Jointly Administered) |
| Cardinal Reclamation Company, LLC, | |
| Plaintiffs, | |
| v. | Adv. Proceeding No. 3:21-ap-03003 |
| Blackjewel L.L.C.; Revelation Energy, LLC; Dominion Coal Corporation; Harold Keene Coal Co. LLC; Rhino Energy, LLC; Jewell Valley Mining, LLC; Mountaineer Meallurgical Holdings, LLC; Lexington Coal Company, LLC; and Kopper Glo Mining, LLC, | |
| Defendants. | |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

PLEASE TAKE NOTICE that the undersigned, K. Elizabeth Sieg, of McGuireWoods LLP appears in the above-captioned case on behalf of Lexington Coal Company, LLC and, pursuant to Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure and section 1109(b) of the Bankruptcy Code, requests that all notices given or required to be given and all papers served in this proceeding be delivered to and served upon the parties identified below at the following address:

---

[1] [1] The Debtors in these Chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: Blackjewel, L.L.C. (0823); Blackjewel Holdings L.L.C. (4745); Revelation Energy Holdings, LLC (8795); Revelation Management Corporation (8908); Revelation Energy, LLC (4605); Dominion Coal Corporation (2957); Harold Keene Coal Co. LLC (6749); Vansant Coal Corporation (2785); Lone Mountain Processing, LLC (0457); Powell Mountain Energy, LLC (1024); and Cumberland River Coal LLC (2213). The headquarters for each of the Debtors is located at P.O. Box 1010, Scott Depot, West Virginia 25560.

1

        K. Elizabeth Sieg, Esq.
McGuireWoods LLP
Gateway Plaza
800 East Canal Street
Richmond, Virginia 23219
Telephone: (804) 775-1000
E-mail: bsieg@mcguirewoods.com

      PLEASE TAKE FURTHER NOTICE that pursuant to section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the above-mentioned Bankruptcy Rules, but also includes, without limitation, all orders, applications, motions, petitions, pleadings, requests, complaints or demands, whether formal or informal, written or oral, transmitted or conveyed by mail delivery, telephone, facsimile or otherwise, in this proceeding.

      PLEASE TAKE FURTHER NOTICE that the foregoing simply constitutes a request for service and does not constitute consent to the jurisdiction of the Bankruptcy Court or a waiver of the right to a jury trial.

Dated: March 5, 2021
      Richmond, Virginia

        Respectfully Submitted,

        /s/ *K. Elizabeth Sieg*
K. Elizabeth Sieg, Esq.
McGuireWoods LLP
Gateway Plaza
800 East Canal Street
Richmond, Virginia 23219
Telephone: (804) 775-1000
E-mail: bsieg@mcguirewoods.com

*Counsel to Lexington Coal Company, LLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 5th day of March 2021, a true and correct copy of the foregoing Notice of Appearance was served via the Court's electronic case filing system (CM/ECF) to all parties registered to receive such notice in the above-captioned proceeding.

/s/ K. Elizabeth Sieg
K. Elizabeth Sieg